## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| WILLIAM DAVID WILSON ) | CHAPTER 7 |
| SSN: XXX-XX-1260, and ) | CASE NO. 04-32586 SBB |
| CHERYL ANN WILSON ) | |
| SSN: XXX-XX- 7799 ) | |
| Debtors. ) | |
| ) | |
| CHARLES SCHLOSSER, ) | |
| Chapter 7 Trustee, ) | |
| ) | |
| Plaintiff, ) | Adversary Proceeding No. 05-1266 SBB |
| vs. ) | |
| ) | |
| DAIMLERCHRYSLER SERVICES NA, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING PLAINTIFF TRUSTEE'S MOTION TO AMEND JUDGMENT**

THIS COURT, having reviewed the Plaintiff Trustee's Motion to Amend Judgment (the "Motion") filed by Plaintiff Charles Schlosser, Chapter 7 Trustee herein ("Trustee") pursuant to Pursuant to Fed.R.Bankr.P. 9059, which incorporates Fed.R.Civ.P. 59(e), good cause having been shown and being advised of the premises, hereby:

ORDERS that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Judgment (1) Granting Plaintiff's Motion for Summary Judgment (Docket #11) and Denying Defendant's Motion for Summary Judgment (Docket #13) entered by the Court on January 3, 2006 in the above-captioned proceeding shall be amended to include a description of the Vehicle and its identification number and require Defendant to turn over the original title to the 2005 Chrysler Crossfire, VIN 1C3AN65L35X025621, to Trustee. In addition, judgment shall enter in favor of Plaintiff Trustee and against Defendant in the amount of $6,747.24 on Trustee's Second and Third Claims for Relief. Trustee is awarded his costs in the amount of $150.00.

DATED:   January 23, 2006   .        BY THE COURT:

*Sid Brooks* (signature)

_____
The Honorable Sidney B. Brooks
United States Bankruptcy Court Judge