# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE TENTH CIRCUIT

| | |
|---|---|
| IN RE WILLIAM DAVID WILSON, also known as William D. Wilson, also known as William Wilson, also known as Bill Wilson, and CHERYL ANN WILSON, also known as Cheryl A. Wilson, also known as Cheryl Wilson,<br><br>Debtors. | BAP No.   CO-06-003 |
| CHARLES SCHLOSSER, Trustee,<br><br>Plaintiff – Appellee,<br><br>v.<br><br>DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC, successor by merger to DaimlerChrysler North America, LLC,<br><br>Defendant – Appellant. | Bankr. No.   04-32586-SBB<br>Adv. No.   05-1266-SBB<br>Chapter   7<br><br>ORDER TRANSFERRING APPEAL TO U.S. DISTRICT COURT<br><br>January 26, 2006 |

Charles Schlosser, Trustee, an appellee in this appeal, has timely filed an objection to the disposition of this matter by this Court.

Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), it is HEREBY ORDERED that:

(1) This appeal is transferred to the United States District Court for the District of Colorado.

(2) Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

(3) Pending completion of the record, the case file is transmitted to the United States Bankruptcy Court. It is requested that the Bankruptcy Court acknowledge receipt of the case file listed

above by returning one copy of this order, signed in the space indicated below.

For the Panel:

Barbara A. Schermerhorn, Clerk of Court

By: *[signature]*
Deputy Clerk

Please acknowledge receipt of the case file listed above.

Dated: _____

Signed: _____
Bankruptcy Court Deputy Clerk