IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-02284-JLK

In re:

JAMES L. BAKER
o/d/s K & L ASSOCIATES, INC. and

JANICE E. BAKER
o/d/s K & L ASSOCIATES, INC.,

 Debtors.

DANIEL A. HEPNER, Chapter 7 Trustee,

  Plaintiff/Appellee,

vs.

AMERICREDIT FINANCIAL SERVICES INC.,

  Defendant-Appellant.

_____

Civil Action No. 1:06-cv-00169 JLK

In re:

WILLIAM DAVID WILSON and

CHERYL ANN WILSON

 Debtors.

CHARLES SCHLOSSER, Chapter 7 Trustee,

  Plaintiff/Appellee,

vs.

DAIMLERCHRYSLER SERVICES AMERICAS LLC,
successor by merger to DaimlerChrysler North America, LLC,

Civil Action No. 1:06-cv-00197 JLK

In re:

DEMETRA RAMEY and

JAMES RAMEY

    Debtors.

DANIEL A. HEPNER, Chapter 7 Trustee,

    Plaintiff/Appellee,

vs.

DAIMLERCHRYSLER SERVICES AMERICAS LLC,
successor by merger to DaimlerChrysler North America, LLC,

    Defendant-Appellant.

---

### ORDER ON MOTION TO CONSOLIDATE APPEALS

Upon consideration of the Motion by Plaintiff/Appellee herein Daniel A. Hepner, in his capacity as Chapter 7 Trustee of the bankruptcy estate of James L. Baker and Janice E. Baker; Plaintiff/Appellee Daniel A. Hepner, in his capacity as Chapter 7 Trustee of the bankruptcy estate of Demetra Ramey and James Ramey; and, Plaintiff/Appellee Charles Schlosser, in his capacity as Chapter 7 Trustee of the bankruptcy estate of William David Wilson ("**Motion**"), cause having been shown for the requested relief, IT IS HEREBY ORDERED:

    A.    The Motion is GRANTED;

    B.    Case Nos. 1:06-cv-00169 JLK and 1:06-cv-00197 JLK shall be CONSOLIDATED with this case;

    C.    The three (3) appeals shall be referenced and included in the case caption, which shall hereafter appear as set forth above;

    D.    A status conference shall be held on March 22, 2006 commencing at 2:00 o'clock, P.M., in Courtroom 802 United States District Court, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294.

DATED: March 1, 2006

BY THE COURT:

John L. Kane
John L. Kane,
United States District Court Judge